■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v GEORGE W. TALLMAN, Appellant. [608 NYS2d 890] —Appeal from a judgment of the County Court of Clinton County (Lewis, J.), rendered August 2, 1991, convicting defendant upon his plea of guilty of the crime of rape in the third degree.

Our review of the record reveals a sufficient colloquy between defendant and County Court to establish a knowing, voluntary and intelligent waiver so that, in the absence of any other facts calling into doubt the validity of the plea, we conclude that the waiver of the right to appeal must be enforced.

Cardona, P. J., Mercure, Crew III, White and Weiss, JJ., concur. Ordered that the judgment is affirmed.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v JOSEPH C. CASLIN, Appellant. [608 NYS2d 894] —Appeal from a judgment of the County Court of Schuyler County (Callanan, Sr., J.), rendered September 6, 1991, convicting defendant upon his plea of guilty of the crime of attempted burglary in the second degree.

We reject defendant's argument that his confession should have been suppressed at the *Huntley* hearing because it was obtained as a result of an impermissible promise made by law enforcement personnel. We find no evidence that County Court abused its considerable discretion by crediting the contrary testimony of the investigating police officer. Because defendant's statement to the police was voluntary, there is no basis for reversing defendant's conviction.

Mikoll, J. P., White, Casey and Yesawich Jr., JJ., concur. Ordered that the judgment is affirmed.